UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MOHAMMAD M. KARGARIAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAPA JOHN'S PIZZA,<br><br>　　　　Defendant. | Case No. 3:18-cv-439 |

**ORDER**

This matter is before the Court on Defendant's Motion to Confirm Arbitrator's Order Dismissing Case with Prejudice (Doc. No. 29). The Court allowed Plaintiff additional time to respond to the instant motion (Doc. No. 31); however, Plaintiff failed to file any response to the instant motion within the extended deadline allowed. The record before the Court is replete with Plaintiff's objections regarding the Court-ordered arbitration and references to his refusal to participate in the arbitration proceedings. Based on the record before this Court and for the reasons stated in Defendant's Motion, which are hereby incorporated by reference as if fully set forth herein, the Court **GRANTS** the motion.

IT IS THEREFORE ORDERED that Defendant's Motion (Doc. No. 29) is GRANTED and this matter is DISMISSED WITH PREJUDICE. The Clerk's office is respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

_____
Frank D. Whitney
Chief United States District Judge