# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-439-FDW-DCK

| | |
|---|---|
| **MOHAMMAD M. KARGARIAN,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| **PAPA JOHN'S PIZZA, et al.,** | )<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's Motion "requesting a jury trial" (Document No. 45) filed August 14, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion.

The undersigned observes that the Honorable Frank D. Whitney recently warned *pro se* Plaintiff against frivolous filings and that such filings may lead to a prefiling injunction against Plaintiff. See (Document No. 44).

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's Motion "requesting a jury trial" (Document No. 45) is **DENIED**.

Signed: August 18, 2020

David C. Keesler
United States Magistrate Judge